

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| MICHAEL J. WYNNE; 1ST AND TRINITY SUPER MAJORITY, LLC AND 3RD; AND CONGRESS SUPER MAJORITY, L.L.C., | § § § | No. 08-20-00230-CV |
| Appellants, | § | Appeal from the |
| v. | § | 250th District Court |
| GREGORY S. MILLIGAN, IN HIS INDIVIDUAL CAPACITY AND AS RECEIVER FOR WC 1ST AND TRINITY L.P. AND WC 3RD AND CONGRESS, L.P.; THE ROY F. & JOANN COLE MITTE FOUNDATION; RAY CHESTER; STEPHEN WAYNE LEMMON; AND RHONDA BEAR MATES, | § § § § § | of Travis County, Texas[1] (TC# D-1-GN-20-003550) |
| Appellees. | § | |

## MEMORANDUM OPINION

Appellant Michael J. Wynne has filed an agreed notice of settlement and motion to vacate the trial court's judgment and to dismiss as moot this appeal as to himself individually. The motion indicates it is unopposed, and we have received no objection from any other party to this motion. As such, we will grant the motion and render judgment vacating the trial court's judgment as to

---

[1] We hear this case on transfer from the Third Court of Appeals in Austin. *See* TEX.R.APP.P. 41.3.

Wynne individually and dismiss this appeal as to Wynne individually. *See* TEX.R.APP.P. 42.1(a)(2)(A).

July 30, 2021

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.